1222

JULY 30, 1984

No. 83–1248. MOBIL OIL CORP. ET AL. *v.* BATCHELDER ET AL. Sup. Ct. Kan. Certiorari dismissed as to petitioner Atlantic Richfield Co. under this Court's Rule 53.

JULY 31, 1984

No. 83–1835. WALKER *v.* LOCKHART, SUPERINTENDENT, AR-KANSAS DEPARTMENT OF CORRECTIONS. C. A. 8th Cir. Certiorari dismissed under this Court's Rule 53.

AUGUST 2, 1984

No. 83–1928. STARK ET AL. *v.* ATWOOD GROUP ET AL. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 53.

No. — – ——. CENTRAL JERSEY INDUSTRIES, INC., ET AL. *v.* UNITED STATES RAILWAY ASSN. ET AL. Statement of appellants as to dismissal of the appeal was received July 26, 1984, and presented to the Court for its consideration. The appeal from the Special Court, Regional Rail Reorganization Act of 1973, to review the final judgment entered July 23, 1984, shall not be dismissed at this time under § 303(d) of the Regional Rail Reorganization Act of 1973. The time to docket the appeal is extended to and including September 21, 1984. The application for leave to file a statement as to jurisdiction in excess of the page limitations is granted provided the statement as to jurisdiction does not exceed 40 pages. JUSTICE BRENNAN took no part in the consideration or decision of this order.

No. A–1025 (84–19). MCDONALD ET AL. *v.* BURROWS, SHER-IFF OF WICHITA COUNTY, TEXAS, ET AL. C. A. 5th Cir. Application for recall and stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.